No. 88–1467.  CREDIT BUREAU SERVICES-NEW ORLEANS, DBA CHILTON CORP. v. HYDE.   C. A. 5th Cir.   Motion of Associated Credit Bureaus, Inc., for leave to file a brief as *amicus curiae* granted.   Certiorari denied. ▉

No. 88–1721.  MCCORMICK ET AL. v. TEXAS COMMERCE BANK, N. A.   Ct. App. Tex., 14th Dist.   Motion of respondent for costs denied.   Certiorari denied. ▉

No. 88–1724.  ARKANSAS v. GIBSON.   Sup. Ct. Ark.   Certiorari denied.   JUSTICE BRENNAN and JUSTICE WHITE would grant certiorari. ▉

No. 88–1773.  RICOH CO., LTD. v. SNELLMAN, DBA NORFIN. C. A. Fed. Cir.   Motion of International Electronics Manufacturers & Consumers of America, Inc., for leave to file a brief as *amicus curiae* granted.   Certiorari denied. ▉

No. 88–1813.  RALEY v. HUGHES ET UX.   Ct. Sp. App. Md. Motion of respondents for sanctions and attorney's fees denied. Certiorari denied. ▉